

**U.S. Department of Justice**

Federal Bureau of Prisons

*Federal Correctional Institution*

*15801 S.W. 137th Avenue*
*Miami, FL 33177-1297*

August 6, 2020

The Honorable Elizabeth A. Kovachevich
United States District Court Judge
Middle District of Florida
Sam M. Gibbons United States Courthouse
801 North Florida Avenue
Tampa, Florida 33602

RE:   Barragan, Jose Bernardo
Reg. No.: 22632-004
Docket No.: 8:04-CR-81-T-17MAP

Dear Judge Kovachevich:

This letter is to notify you of the death of Jose Bernardo Barragan, an inmate who was housed at the Federal Correctional Institution, Miami, Florida. Mr. Barragan was sentenced in your court on March 1, 2005, to a 262-month sentence for Possession with the Intent to Distribute 5 kilograms or More of Cocaine.

Mr. Barragan died on Wednesday, August 5, 2020, at approximately 4:42 p.m. at Larkin Community Hospital, Miami, Florida. The preliminary cause of death is unknown until a final report from the medical examiner's office is received.

Following your review of this letter, if I or my staff can be of further assistance regarding this case, please feel free to contact us at (305) 259-2100.

Sincerely,

Sylvester L. Jenkins
Warden

cc:  Joseph C. Collins, Chief USPO, Middle District of Florida
     J. A. Keller, Regional Director, Southeast Region
     Maria Chapa Lopez, United States Attorney, Middle District of Florida